UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

           Plaintiff,           Case No. 04-CR-307

   vs.

ERIC M. ROBINSON,
RAMOND C. RICHARDSON, and
DEANGELO B. WYATT,

           **Defendants**.
_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and upon the entry of the plea agreements, and in consideration of the guilty pleas of the above-named defendants, Eric M. Robinson to Count One of the Indictment, Ramond C. Richardson to Count Fifteen of the Indictment and an information, and Deangelo B. Wyatt to an information, by which these defendants agreed to the forfeiture of their interests in property named in the forfeiture provision of the Indictment filed December 28, 2004;

**IT IS HEREBY ORDERED** that any right, title, and interest of the defendants in the property described below is hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853 and Title 18, United States Code, Section 924(d):

    1.    One black, 1996 Chevrolet 1500 SUV bearing Wisconsin registration 436-HAL;

    2.    Approximately $100.00 in United States currency seized from Deangelo Wyatt on December 15, 2004;

    3.    One Smith & Wesson, .38 caliber revolver with serial no. K613302; and

    4.    One Taurus .45 caliber semiautomatic pistol with serial no. NNK12915.

**IT IS FURTHER ORDERED** that the above items shall be seized forthwith by the United States Marshal for the Eastern District of Wisconsin, or its duly authorized representative.

**IT IS FURTHER ORDERED** that the United States' forfeiture claim against the personal money judgment against each defendant in the amount of $50,000.00; the real property known as 2456 N. 30th Street, Milwaukee, Wisconsin; approximately $1,260.00 in United States currency seized on December 15, 2004, from 2456 N. 30th Street, Milwaukee, Wisconsin; miscellaneous jewelry seized on December 15, 2004, from 2456 N. 30th Street, Milwaukee, Wisconsin; one pearl white, 1995 Buick Riviera automobile, with VIN 1G4GD221XS4712253; one black, 1977 Lincoln Continental automobile, with VIN 7482A892985; and one black and tan, 1993 Chevrolet van, with VIN 1GBEG25K6PF322242, be dismissed.

**IT IS FURTHER ORDERED** that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the property according to law.

**IT IS FURTHER ORDERED** that this Order be incorporated by reference in his respective Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin, this 1st day of July, 2005.

                                        s/ Rudolph T. Randa
                                        HON. RUDOLPH T. RANDA
                                        Chief Judge