# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

—————————————————————————————————————————————

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        **vs.**                   **Case No. 04-CR-307**

**ERIC M. ROBINSON,**
**RAMOND C. RICHARDSON, and**
**DEANGELO B. WYATT,**

        **Defendants.**

—————————————————————————————————————————————

## FINAL ORDER AND JUDGMENT

—————————————————————————————————————————————

      The court, having considered the motion of the United States of America together with the affidavit of Assistant United States Attorney Richard G. Frohling, and being satisfied that the terms and provisions of Title 21, United States Code, Section 853 have been satisfied,

      **IT IS ORDERED**, pursuant to Title 21, United States Code, Section 853, that the United States of America has clear title to the following property and may dispose of according to law:

1.     Approximately $100.00 in United States currency seized from Deangelo Wyatt on December 15, 2004;

2.     One Smith & Wesson, .38 caliber revolver with serial no. K613302; and

3.     One Taurus .45 caliber semiautomatic pistol with serial no. NNK12915.

**IT IS FURTHER ORDERED** that the United States' forfeiture claim against the one black, 1996 Chevrolet 1500 SUV bearing Wisconsin registration 436-HAL be dismissed.

Dated at Milwaukee, Wisconsin, this 10th day of January, 2006.

s/ Rudolph T. Randa
HON. RUDOLPH T. RANDA
Chief Judge

Judgment entered this 10th day of January, 2006.

SOFRON B. NEDILSKY, Clerk of Court

By: s/ Linda M. Zik
Deputy Clerk